ACCEPTED
03-13-00049-CR
4251186
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/23/2015 3:46:02 PM
JEFFREY D. KYLE
CLERK

# COPELAND LAW FIRM

### P.O. Box 399
### Cedar Park, Texas 78613
### 512.215.8114.8930 (phone/fax)

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/23/2015 3:46:02 PM

JEFFREY D. KYLE
Clerk

**TIM COPELAND\***

*(512) 897-8196 mobile/text*
*tcopeland14@yahoo.com*

**\*Board Certified - Oil, Gas & Mineral Law**
**Texas Board of Legal Specialization**

**ERIKA COPELAND\*\***

*(512) 897-8126 mobile/text*
*ecopeland63@yahoo.com*

**\*\*Of Counsel**

February 23, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
PO Box 12547
Austin, TX  78711
Via e-filing

> Re:     Allen M. DeLoach, *Appellant* v. The State of Texas, *Appellee*
>          No. 03-13-00049-CR; Trial Court No. 8931

Dear Mr. Kyle:

Please be advised that, as shown by a copy of the enclosed certified mailing receipt, I have complied with Rule 48.4 with regard to notification of the above-referenced client of the Court's decision in his case as well as of his rights with regard to the filing of a petition for discretionary review.

Very truly yours,

/s/ Tim Copeland

Tim Copeland

TC:aw

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NAVASOTA TX 77868   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.70 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.70 |

Postmark Here

02/25/2015

Sent To allen M. Detgach

TDCJ # 01830886

Street, Apt. No.; Luther Unit
or PO Box No. 1800 Luther Dr.

City, State, ZIP+4 Navasota, Tx. 77868

PS Form 3800, August 2006          See Reverse for Instructions